Name, Address, Telephone No. & I.D. No.
James J. Warner, Esq., CSBN 132137
THE LAW OFFICES OF JAMES J. WARNER
3233 Third Avenue
San Diego, CA 92103
Tel: (619) 243-7333
Fax: (619) 243-7343

ENTERED 3,8,05

FILED

MAR - 7 2005

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re U.C Lofts on 5th, LLC.

Debtor.

BANKRUPTCY NO. 04-10978-LA

Date of Hearing: February 24, 2005
Time of Hearing: 2:30 p.m.
Name of Judge: Hon. Louise Adler

## ORDER DISMISSING CHAPTER 11 CASE AFTER HEARING

Upon consideration of a Motion to Dismiss this case:

[x] Filed by  Nicole Glass, James Warner and Charles Mchaffie  Creditors, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 11 trustee;

[ ] Filed by _____, Chapter 13 Trustee, and upon hearing requested by the Debtor(s);

[ ] Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

[ ] Orally made by the Chapter 13 Trustee at a regularly noticed hearing upon denial of confirmation of the Debtor's proposed Chapter 13 Plan without leave to amend;

[ ] Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED: MAR 0 7 2005

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
Attorney for Petitioning Creditors